In the Matter of ARTHUR J. CILENTO, on Behalf of SALVATORE SPITALE, Relator, Appellant. THE PEOPLE OF THE STATE OF NEW YORK, Respondent.

Submitted May 26, 1950; decided May 26, 1950.

*Nathaniel L. Goldstein, Attorney-General* (*Raymond B. Madden, Wendell P. Brown* and *Herman N. Harcourt* of counsel), for motion.

*Arthur J. Cilento,* in person, opposed.

Motion denied without prejudice to an application by the Attorney-General in the Appellate Division for the relief here sought.